No. 720. THOMAS J. MOONEY *v.* PEOPLE OF THE STATE OF CALIFORNIA. November 18, 1918. Petition for a writ

of certiorari to the Supreme Court of the State of California denied. *Mr. Maxwell McNutt* for petitioner. *Mr. C. M. Fickert* for respondent.